UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN DIAZ, | * |
| Petitioner, | * |
| v. | * Civil Action No. 09-10298-JLT |
| PETER ST. AMAND, | * |
| Respondent. | * |

ORDER

March 7, 2012

TAURO, J.

After considering Magistrate Judge Sorokin's Report and Recommendation on Petition for Writ of Habeas Corpus [#44] and Report and Recommendation on Petitioner's Motion to Reconsider [#43] as well as Petitioner's Objections [#45, 46] thereto, this court hereby ACCEPTS and ADOPTS both the Report and Recommendation on Petition for Writ of Habeas Corpus [#44] and the Report and Recommendation on Petitioner's Motion to Reconsider [#43] for the reasons set forth therein.

Petitioner's Motion to Reconsider [#38] is, accordingly DENIED. Petitioner's Petition for Writ of Habeas Corpus [#1] is also DENIED. This case is CLOSED.

IT IS SO ORDERED.

                                                /s/ Joseph L. Tauro
                                                United States District Judge