UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN DIAZ, | * |
| | * |
| Petitioner, | * |
| | * |
| v. | *   Civil Action No. 09-10298-JLT |
| | *   [Appeal No. 12-1413] |
| PETER ST. AMAND, | * |
| | * |
| Respondent. | * |

ORDER

April 24, 2012

TAURO, J.

On April 6, 2012, petitioner filed <u>Petitioner's Notice of Appeal and Application for a Certificate of Appealability</u> [#48] of the denial of his habeas petition.  A certificate of appealability will issue "only if the applicant has made a substantial showing of the denial of a constitutional right."[1]  The applicant "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claim debatable or wrong."[2]

Here, upon review of the submissions of Petitioner, this court finds that he has not made the requisite showing with respect to the alleged denial of his constitutional rights.  Accordingly, <u>Petitioner's Notice of Appeal and Application for a Certificate of Appealability</u> is DENIED.  The Clerk shall transmit this <u>Order</u> to the First Circuit Court of Appeals.

IT IS SO ORDERED.

                                                      /s/ Joseph L. Tauro
                                                United States District Judge

---

[1] 28 U.S.C. § 2253(c)(2); see <u>Miller-El v. Cockrell</u>, 537 U.S. 322 (2003).

[2] See <u>Miller-El</u>, 537 U.S. at 338. (internal quotation marks omitted).